■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN ARRIAGA, Appellant. [969 NYS2d 922]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 8, 2005 (*People v Arriaga*, 21 AD3d 420 [2005]), affirming a judgment of the Supreme Court, Kings County, rendered March 1, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Dickerson, Leventhal and Cohen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MITCHELL BOND, Appellant. [969 NYS2d 923]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Hollie, J.), imposed August 5, 2011, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

When the Supreme Court explained the defendant's waiver of his right to appeal to him, it improperly conflated the right to appeal with the rights automatically forfeited by a guilty plea. Accordingly, the waiver of the right to appeal was invalid (*see People v Lopez*, 6 NY3d 248, 256-257 [2006]; *People v Curras*, 105 AD3d 973 [2013]). However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Skelos, Roman, Cohen and Hinds-Radix, JJ., concur.